KENNETH I. HOFFMAN, Appellant, v. JACK ROTHSTONE and Another, as Administrators C. T. A., etc., of ARNOLD ROTHSTEIN, Deceased, Respondents.— Order so far as appealed from modified by striking out item " 4," and allowing items " 2 " and " 3," and as so modified affirmed, with ten dollars costs and disbursements

to the appellant. No opinion. The bill of particulars to be served within thirty days from service of order. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.